United States District Court
for the Eastern District of Pennsylvania

Daniel Binderup
Plaintiff

vs.

Case Number 13-6750

FILED

NOV 2 1 2013

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Eric H. Holder, Jr. Et. Al.
Defendant

## Acceptance of Service by the United States Attorney

I ___Shakarah Ball___ (print name) hereby accept service on behalf of the United States Attorney (only).

_____
For the United States Attorney (Signature)

___Shakarah Ball___
Print Name

___11 / 21 /13___
Date