IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL BINDERUP, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| ERIC H. HOLDER, JR., Attorney General of the United States; B. TODD JONES, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | : NO. 13-6750 |
| Defendants. | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance as local counsel only on behalf of the Defendants in the above-captioned matter.

*/s/ Annetta Foster Givhan*
ANNETTA FOSTER GIVHAN
Assistant United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
(215) 861-8319
Annnetta.givhan@usdoj.gov

Dated:   January 9, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Entry of Appearance to be served by Electronic Court Filing (ECF) and/or first-class United States mail, postage prepaid, upon the following:

> Douglas T. Gould, Esquire
> The Law Offices of Douglas Gould
> 925 Glenbrook Avenue
> Bryn Mawr, PA 19010

ANNETTA FOSTER GIVHAN
Assistant United States Attorney

Dated: January 9, 2014