DANIEL BINDERUP,                    )
                                      )   Civil Action
          Plaintiff         )   No. 13-cv-06750
                                      )
        v.                  )
                                      )
ERIC H. HOLDER, JR., Attorney    )
  General of the United States; and  )
B. TODD JONES, Director of the    )
  Bureau of Alcohol, Tobacco,      )
  Firearms and Explosives,        )
                                      )
          Defendants       )

## O R D E R

NOW, this 8th day of January, 2014, upon consideration of the Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint, which motion was filed January 8, 2014,

IT IS ORDERED that the within motion is granted as unopposed.

IT IS FURTHER ORDERED that defendants shall have until February 20, 2014 to respond to plaintiff's Complaint.

BY THE COURT:

/s/ JAMES KNOLL GARDNER\_\_\_\_
James Knoll Gardner
United States District Judge