IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL BINDERUP,            ) | Case. No. 5:13-CV-6750-JKG |
|                               ) | |
|      Plaintiff,            ) | |
|                               ) | |
|        v.            ) | |
|                               ) | |
| ERIC H. HOLDER, JR., et al.,            ) | |
|                               ) | |
|      Defendants.            ) | |
| _____ ) | |

DECLARATION OF ALAN GURA

I, Alan Gura, am competent to state and declare the following based on my personal knowledge.

1.     I earned my Juris Doctor degree from Georgetown University in 1995, the year in which I was first admitted to practice law. I earned my Bachelor of Arts degree from Cornell University in 1992. I am an active member in good standing of the California, District of Columbia, and Virginia bars. I am also admitted to practice before the United States Supreme Court, all but one of the federal appellate courts, and numerous federal district courts throughout the country.

2.     Upon graduation from law school, I clerked for the Hon. Terrence W. Boyle, United States District Judge for the Eastern District of North Carolina. Subsequently, I served as a Deputy Attorney General for the State of California, in the Civil Division of the California Department of Justice. Based in the Los Angeles office, I covered courts throughout southern and central California. I was tasked with first-chair responsibility for representing the state and its

employees in a broad array of matters, in trial and on appeal. I handled dozens of cases, ranging from aviation to privacy rights, but the heaviest component of my workload consisted of civil rights work under Section 1983.

3.  From 1998 to 2000, I worked at the Washington, D.C. offices of Sidley & Austin as an associate, where I continued working on civil rights cases in addition to various commercial litigation matters. From early 2000 through early 2001, I served as Counsel to the United States Senate Judiciary Committee, Subcommittee on Criminal Justice Oversight.

4.  I first opened my own practice in 2001. Shortly thereafter, I founded Gura & Day, PLLC, half of which became my current firm, Gura & Possessky, PLLC, in October, 2005. My practice has always focused in large part on constitutional law and civil rights litigation, in trial and on appeal. I have significant experience and expertise in the Second Amendment field.

5.  I have twice argued, and won, before the United States Supreme Court. *District of Columbia* v. *Heller*, 554 U.S. 570, 128 S. Ct. 2783, 171 L. Ed. 2d 637 (2008); *McDonald* v. *City of Chicago*, __ U.S. __, 130 S. Ct. 3020, 177 L. Ed. 2d 894 (2010). I also acted as lead counsel throughout the conduct of those cases, including the successful argument in *Parker* v. *District of Columbia*, 478 F.3d 370 (D.C. Cir. 2007). Among other cases, I organized, helped litigate in District Court, and argued successfully on appeal in *Ezell* v. *City of Chicago*, 651 F.3d 684 (7th Cir. 2011). Although I have not (thus far) prevailed in *Drake* v. *Filko*, 724 F.3d 426 (3d Cir. 2013), I at least helped convince four of the Third Circuit's judges that the case should have been re-heard en banc. I have argued, as counsel for appellant, appellee, or amicus curiae, before the First, Second, Third, Fourth, Sixth, Seventh, Ninth, Tenth, and District of Columbia Circuits.

6.  I have never been disciplined by any bar or court.

7. Mr. Binderup would like for me to represent him in this case. I believe that I am qualified to do so.

I declare under penalty of perjury that the foregoing is true and correct.

This the 18th day of December, 2013.

_____
Alan Gura