```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL BINDERUP,                    )
                                    )   Civil Action
            Plaintiff               )   No. 13-cv-06750
                                    )
        vs.                         )
                                    )
ERIC H. HOLDERS, JR.,               )
   Attorney General of the          )
   United States; and               )
B. TODD JONES,                      )
   Director of the Bureau of        )
   Alcohol, Tobacco, Firearms       )
   and Explosives,                  )
                                    )
            Defendants              )
```

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 17th day of January, 2014,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Henry S. Perkin to schedule and conduct a settlement conference at the appropriate time.

IT IS FURTHER ORDERED that in the event any defendant has not yet entered an appearance at the time of this Order, plaintiff shall serve a copy of this Order upon that defendant.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone: (610) 434-3457