IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL BINDERUP,                        )
                                        )   Civil Action
        Plaintiff                       )   No. 13-cv-06750
                                        )
    v.                                  )
                                        )
ERIC H. HOLDER, JR., Attorney           )
  General of the United States; and     )
B. TODD JONES, Director of the          )
  Bureau of Alcohol, Tobacco,           )
  Firearms and Explosives,              )
                                        )
        Defendants                      )

## **O R D E R**

NOW, this 19th day of January, 2013, upon consideration of the Motion for Admission Pro Hac Vice filed January 9, 2014, which motion was filed together with the Declaration of Alan Gura dated December 18, 2013, and the Application Form for Those Attorneys Seeking to Practice in This Court Pursuant to Local Rule of Civil Procedure 83.5.2(b), which application was signed and dated by applicant Alan Gura, Esquire, on November 25, 2013 and by his sponsor, Douglas Gould, Esquire, on January 9, 2013; it appearing that Alan Gura, Esquire seeks pro hac vice admission, as counsel for plaintiff in this matter,

IT IS ORDERED that the within motion and application are each granted.

IT IS FURTHER ORDERED that Alan Gura, Esquire, is admitted to the bar of this court on behalf of plaintiff for the purpose of the within matter only.

IT IS FURTHER ORDERED that Douglas Gould, Esquire shall act as associate counsel of record for Attorney Gura, pursuant to the provisions of Rule 83.5.2 of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge