IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL BINDERUP, )
 ) Civil Action
       Plaintiff ) No. 13-cv-06750
 )
    v. )
 )
ERIC H. HOLDER, JR., Attorney )
  General of the United States; and )
B. TODD JONES, Director of the )
  Bureau of Alcohol, Tobacco, )
  Firearms and Explosives, )
 )
       Defendants )

## O R D E R

NOW, this 11th day of April, 2014, upon consideration of the following documents:

    (1) Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment, which motion for extension of time was filed March 18, 2014 ("Unopposed Motion for Extension of Time");

    (2) Defendants' Consent Motion for Leave to File Attached Combined Brief, which consent motion for leave was filed April 10, 2014 ("Consent Motion for Leave to File Combined Brief"), together with

        (A) Defendants' Combined Opposition to Plaintiff's Motion for Summary Judgment and Reply Brief in Support of Their Motion to Dismiss or for Summary Judgment ("Combined Brief"); and

        (B) Exhibit 1 to defendants' Combined Brief,

IT IS ORDERED that the Unopposed Motion for Extension of Time and the Consent Motion for Leave to File Combined Brief are each granted.

IT IS FURTHER ORDERED that the Clerk of Court is directed to file the defendants' Combined Brief and Exhibit 1 thereto.

IT IS FURTHER ORDERED that defendants' response to plaintiff's motion for summary judgment, which response is the Combined Brief and exhibit thereto, is deemed timely filed on April 10, 2014.

IT IS FURTHER ORDERED that a status conference with the undersigned by telephone conference call is scheduled for April 21, 2014 at 9:15 o'clock a.m.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge