# EXHIBIT
# 1

# Pennsylvania

# Department of Corrections



# Recidivism Report

# 2013

**Tom Corbett**

**Governor**

**John E. Wetzel**

**Secretary**

# RECIDIVISM REPORT



**2 0 1 3**

Report Preparation

## PRS Overview

The Bureau of Planning, Research and Statistics (PRS) directs the maintenance of historical data records for the Department and conducts ongoing planning, research, and evaluation activities designed to provide key decision-makers with quantitative data analysis for use in formulating and evaluating departmental policies and practices. Specific functions performed by the Office include planning, program evaluation, corrections research, data analysis, statistical repository, policy development and analysis.

Kristofer Bret Bucklen, Director
Planning, Research and Statistics

STAFF

Nicolette Bell...........................Chief of Research &
Evaluation

Robert Flaherty ....................Chief of Data Analysis
& Management Support

Lois Good..............................Community Corrections
Analyst

Runglux Kuba........................Information Coordinator

Dean Lategan........................Population and
Projections Analyst

Stacey O'Neill........................Security Data Analyst

Lorraine Russell.....................Research and Data
Analyst

Angelo Santore......................Reentry/Program
Measures Analyst

Joseph Tomkiel......................Research Manager

Jessica Campbell.....................Data Analyst

TECHNICAL ADVISOR

Kiminori Nakamura...................Professor of Criminology
& Criminal Justice,
University of Maryland

Authors.......................................Nicolette Bell
Kristofer Bret Bucklen
Kiminori Nakamura
Joseph Tomkiel
Angelo Santore
Lorraine Russell
Robert Orth

Technical Support.......................Planning, Research
and Statistics Staff

**For additional information contact
The Bureau of Planning, Research and Statistics at
(717) 728-4051 Fax (717) 728-4180**



**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF CORRECTIONS

February 8, 2013

I am pleased to present the Pennsylvania Department of Corrections' 2013 Recidivism Report, which we believe to be a landmark state recidivism study. This groundbreaking and comprehensive study represents the keystone of the Corbett Corrections Reform initiative, establishing a **"new normal"** in our criminal justice system by focusing on reducing crime. This report was produced by staff from the department's Bureau of Planning, Research, and Statistics. They are to be commended for their work on this comprehensive report. The scope of this report is impressive, and sets the bar high for future analysis of state recidivism rates.

The report presents a mixed picture of recidivism rates in Pennsylvania. While on the one hand reincarceration rates are going down, rearrest rates have been flat or slightly rising. For the most part, recidivism rates have remained virtually unchanged over at least the past decade in Pennsylvania. While this is disappointing, it also presents an opportunity. Over the past year, under the leadership of Governor Corbett, fundamental transformations to Pennsylvania's criminal justice system have been enacted into law as a part of the administration's Justice Reinvestment Initiative (JRI). In the Corbett Corrections Reform initiative, population and cost, although both remain essential measurements, will not be the sole numbers. The **"new normal"** is to expect and require quantifiable results. Citizens of the Commonwealth should have every expectation of a corrections system that actually helps people correct themselves; one that is based on research, not on anecdotal stories and innuendo. Changes resulting from JRI are expected to significantly improve public safety, reduce recidivism, and lower correctional costs for the citizens of the Commonwealth in the years to come. I view this report as the first step towards measuring our progress in reaching these goals. Make no mistake; crime reduction will always be the benchmark for performance measurement when we talk about recidivism reduction efforts. As such, this report is our baseline for going forward.

The details of this report are worth exploring. Some truly innovative measures of recidivism are provided, such as the fraction of total arrests in Pennsylvania that are attributable to ex-offenders released from state prison, an analysis of the degree to which ex-offenders specialize in certain crime types when they reoffend, and an analysis of recidivism rates by geographic location. A section is also included which provides estimates of the potential cost savings for various recidivism reduction scenarios.

Continued...

A special section of this report also examines recidivism rates for our Community Corrections Center (CCC) system.  This section is really an update to a previous analysis of the CCC system provided in a study conducted by Dr. Edward Latessa at the University of Cincinnati in 2009.  The findings here are largely consistent with Dr. Latessa's previous findings.  We know from this updated analysis that we have a lot of work to do to improve outcomes in our CCC system.  Fortunately, many of the legislative changes accomplished through JRI are specifically targeted towards improving the CCC system.  Again, this report sets the baseline for going forward, as we focus our CCC system around performance-based recidivism reduction outcomes.

At the Pennsylvania Department of Corrections we believe that one of the most fundamental methods for accomplishing our goals of less crime, less prison population, and less taxpayer costs, is to utilize timely, accurate, and reliable data to guide policy.  A scientific, data-driven approach offers similar benefits to the field of corrections as it does to other fields of practice such as medicine, for improving lives and saving money.  I believe we also have an obligation to provide data and evaluation in a public and transparent manner.  This report reflects such an approach.

The report also benefited tremendously from our partnership with Dr. Kiminori Nakamura, a professor in the Criminology & Criminal Justice department at the University of Maryland.  Dr. Nakamura was a co-author on this report, and also served as a technical advisor.  We have been working with Dr. Nakamura over the past year, under a researcher-practitioner partnership grant through the National Institute of Justice.  Under this grant, Dr. Nakamura is on loan from his university on a part-time basis, as an "embedded criminologist" in our department.  He serves as a partner and a general scientific advisor, not just with this study but with all of our research efforts.  I thank him for his role in this report.

We trust that you find this report useful and informative.  We also hope that this report will generate some significant discussions surrounding the implications of its findings for recidivism reduction policy.

Lastly, I want to thank the entire staff at the Pennsylvania Department of Corrections, for their ongoing work and dedication towards improving the safety of the citizens of the Commonwealth of Pennsylvania.

Sincerely,

John E. Wetzel
Secretary of Corrections

JEW/KBB/dls

# 2013 Recidivism in Pennsylvania Table of Contents

Introduction ........................................................................................................ 1

Section 1: Recidivism Rate Trends ...................................................... 5

    3-Year Recidivism Rates ............................................................................... 5

    2000-2010 Recidivism Rates ........................................................................ 6

    Time to Reincarceration ............................................................................... 9

    5-Year Recidivism Rates ............................................................................... 10

    20-Year Long View of Reincarceration Rates ............................................. 11

Section 2: Recidivism Rates by Geographic Areas ....................... 12

    County ........................................................................................................... 12

    Metropolitan Area ....................................................................................... 15

Section 3: Recidivism Rates by Demographics ............................. 17

    Gender .......................................................................................................... 17

    Race/Ethnicity ............................................................................................. 17

    Age Groups ................................................................................................... 18

    Prior Arrests/Incarcerations ........................................................................ 19

Section 4: Recidivism Rates by Crime Types ................................. 20

    Commitment Crime Types ........................................................................... 21

    Rearrest Crime Types ................................................................................... 22

Section 5: Recidivism Crime Type Specialization ......................... 23

Section 6: Recidivism Rates by Type of Release ........................... 24

Section 7: Recidivism as a Fraction of Total Arrests in Pennsylvania ................... 25

Section 8: Cost of Recidivism ............................................................. 26

Section 9: Community Corrections Recidivism .............................. 27

    Parole Release Type ..................................................................................... 27

    Modeled Recidivism .................................................................................... 30

    Parole to Center Recidivism Compared to Street ....................................... 32

    Recidivism by Vendor .................................................................................. 34

Appendix A—Technical Definitions of Recidivism/Data Sources ................... 37

Appendix B—End Notes .................................................................................... 38

# 2013 RECIDIVISM IN PENNSYLVANIA TABLE OF CONTENTS

## Tables

Table 1: 2000-2010 Rearrest Rates............................................................ **6**

Table 2: 2000-2010 Reincarceration Rates............................................................ **7**

Table 3: 2000-2010 Overall Recidivism Rates............................................................ **8**

Table 4: 5-Year Recidivism Rates............................................................ **10**

Table 5: 20-Year Long View of Reincarceration............................................................ **11**

Table 6: Top 10 Counties with Highest Rearrest Rates............................................................ **12**

Table 7: Top 10 Counties with Highest Reincarceration Rates............................................................ **13**

Table 8: Top 10 Counties with Highest Overall Recidivism Rate............................................................ **14**

Table 9: Metropolitan Areas with Highest 3-Year Rearrest Rates............................................................ **15**

Table 10: Metropolitan Areas with Highest 3-Year Reincarceration Rates............................................................ **15**

Table 11: Metropolitan Areas with Highest 3-Year Overall Recidivism Rates............................................................ **16**

Table 12: 3-Year Recidivism Rates by Commitment Crime Type for 2008 Releases............................................................ **21**

Table 13: 3-Year Recidivism Rates by Aggregate Crime Category for 2008 Releases............................................................ **21**

Table 14: Breakdown of 3-Year Rearrests by Rearrest Crime Type for 2008 Releases............................................................ **22**

Table 15: 3-Year Rearrest Crime Type Specialization (2008 Releases)............................................................ **23**

Table 16: 3-Year Recidivism Rates by Type of Release for 2008 Releases............................................................ **24**

Table 17: 3-Year Recidivism Rates by Type of Parole Release for 2008 Releases............................................................ **24**

Table 18: Breakdown of 3-Year Reincarceration by Type of Return for 2008 Parole Releases.... **24**

Table 19: 2010 Pennsylvania Arrests Attributable to Released Inmates............................................................ **25**

Table 20: 2010 Pennsylvania Arrest Rates (per 100.000) for Released Inmates and General Population............................................................ **25**

Table 21: Cost Savings by Reduction in 1-Year Reincarceration Rate............................................................ **26**

Table 22: Cost Savings by Reduction in PA DOC Admissions of Previously Released Inmates............................................................ **26**

Table 23: Rearrest Rates by Parole Release Type............................................................ **27**

Table 24: Reincarceration Rates by Parole Release Type............................................................ **28**

Table 25: Overall Recidivism Rates by Parole Release Type............................................................ **29**

Table 26: Modeled Overall Recidivism Rates by Parole Release Type............................................................ **30**

Table 27: Modeled Overall Recidivism Rates by Six Month Survival Time............................................................ **31**

Table 28: Rearrest Rates by Vendor............................................................ **34**

Table 29: Reincarceration Rates by Vendor............................................................ **35**

Table 30: Overall Recidivism Rates by Vendor............................................................ **36**

# 2013 Recidivism in Pennsylvania Table of Contents

## Figures

Figure 1: Pennsylvania's Recidivism Flow ................................................................ **4**

Figure 2: 2000-2008 3-Year Recidivism Rates ......................................................... **5**

Figure 3: 2000-2010 Rearrest Rates ........................................................................ **6**

Figure 4: 2000-2010 Reincarceration Rates ............................................................ **7**

Figure 5: 2000-2010 Overall Recidivism Rates ........................................................ **8**

Figure 6: 3-Year Reincarceration Rates by Time to Reincarceration Event (2008 Releases) ........ **9**

Figure 7: 5-Year Recidivism Rates (2006 Releases) ................................................. **10**

Figure 8: 20 Year Long View of Reincarceration Rates ........................................... **11**

Figure 9: 3-Year Rearrest Rates by county in Pennsylvania .................................... **12**

Figure 10: 3-Year Reincarceration Rates by County in Pennsylvania ....................... **13**

Figure 11: 3-year Overall Recidivism Rates by County in Pennsylvania ................... **14**

Figure 12: 3-Year Recidivism Rates by Gender ...................................................... **17**

Figure 13: 3-Year Recidivism Rates by Race/Ethnicity ........................................... **17**

Figure 14: 3-Year Rearrest Rates by Age Group ..................................................... **18**

Figure 15: 3-Year Reincarceration Rates by Age Group .......................................... **18**

Figure 16: 3-Year Overall Recidivism Rates by Age Group ...................................... **18**

Figure 17: 3-Year Overall Recidivism rates by Prior Arrests .................................... **19**

Figure 18: 3-Year Overall Recidivism Rates by Prior Incarcerations ........................ **19**

Figure 19: 3-Year Rearrest Rates as a Percent of Total Rearrests ........................... **22**

Figure 20: Percent of Admissions in PA DOC Attributable to Recidivists .................. **26**

Figure 21: 1-Year Rearrest Rates by Parole Release Type ....................................... **27**

Figure 22: 1-Year Reincarceration Rates by Parole Release Type ............................ **28**

Figure 23: 1-Year Overall Recidivism Rates by Parole Release Type (2005-2011 Releases) .......... **29**

Figure 24: 1-Year Overall Recidivism Rate Percentage Point Difference Compared to Parole to Street ................................................................................. **32**

Figure 25: 3-Year Rearrest Rate Percentage Point Difference Compared to Parole to the Street (2008-2009 Releases) ............................................................... **34**

Figure 26: 3-Year Reincarceration Rate Percentage Point Difference Compared to Parole to the Street (2008-2009 Releases) ................................................... **35**

Figure 27: 3-Year Overall Recidivism Rate Percentage Point Difference Compared to Parole to the Street (2008-2009 Releases) ................................................... **36**

# RECIDIVISM IN PENNSYLVANIA

## INTRODUCTION

One in 200 adult Pennsylvanians is currently incarcerated in a Pennsylvania State Correctional Institution.  Ninety percent of the inmates currently in a Pennsylvania state prison will eventually be released.  According to findings in this report, a large proportion of those released will return to some sort of offending behavior.  This report presents recidivism statistics for offenders released from the custody of the Pennsylvania Department of Corrections.  Recidivism is measured by three different methods in this report: rearrest, reincarceration, and overall recidivism (see box below for a description of each measure).

**RECIDIVISM DEFINED:**

**Rearrest** is measured as the first instance of arrest after inmates are released from state prison.

**Reincarceration** is measured as the first instance of returning to state prison after inmates are released from state prison.

**Overall Recidivism** is measured as the first instance of any type of rearrest or reincarceration after inmates are released from state prison.

**HIGHLIGHTS:**

- Approximately 6 in 10 released inmates recidivate (are rearrested or reincarcerated) within three years of release from prison.
- Overall recidivism rates have been stable over the last ten years.
- Rearrest rates have been slowly increasing over the last ten years.
- Reincarceration rates peaked around 2005 and began to decline in the most recent years.
- Despite a drop starting in 2005, reincarceration rates were slightly higher in the most recent years than they were in 1990.
- Offenders returning to urban areas are more likely to be rearrested, however those returning to rural areas are more likely to be reincarcerated.
- Dauphin County reports the highest overall recidivism rates.
- Released inmates do not appear to heavily specialize in the same crime type when they reoffend.  The most specialized type of recidivist is the property offender.  The least specialized type of recidivist is the violent offender.
- Released inmates are more likely to be reincarcerated (mostly for technical parole violations) than rearrested during the first 18 months after release from prison, and thereafter are significantly more likely to be rearrested.

# 2013 PA Recidivism Report

**Highlights (Continued):**

- More than half of those who return to prison within three years after release will do so within the first year of release.  The first year is by far the most risky period for recidivism.
- Younger released inmates are more likely to recidivate than older inmates.  A released inmate who is under 21 at the time of release from prison is more than twice as likely to recidivate within three years than a released inmate who is over age 50 at the time of release from prison.
- Those with prior prison stays are more likely to recidivate than those who have never been in state prison.  A released inmate who has already served one or more times in a state prison has around a 25 percentage point higher recidivism rate than one who is released from state prison for the first time.
- Those with more prior arrests are more likely to recidivate than those with fewer prior arrests.  A released inmate who has 10 or more prior arrests is greater than 6 times more likely to recidivate than a released inmate who has no prior arrest history other than the arrest for the current incarceration.
- Property offenders are significantly more likely to recidivate than other types of offenders.
- DUI, rape, and arson offenders have the lowest recidivism rates.  While the 3-year overall recidivism rate for all offenders is 59.9%, the overall rate for DUI is 38.4%, for rape is 49.3%, and for arson is 46.3%.  The highest overall recidivism rates are for stolen property (79.6%), burglary (72.5%), and kidnapping (73.2%).

- Nearly three-fourths of the rearrest offenses committed by released inmates within three years after their release from prison are for less serious (Part II) offenses.  Half (51%) are for a drug or property offense.  Only 17% of all rearrests are for violent offenses (1.3% for murder).
- Approximately 10% of all arrests in Pennsylvania during 2010 were arrests involving released inmates who had previously (in the last 10 years) served time in state prison.
- Per capita arrest rates for violent crimes are 14 times higher among released inmates than among the general public.
- Inmates who are released under parole supervision are more likely to be reincarcerated, however, less likely to be rearrested for a new offense than their counterparts who complete their maximum sentence (max outs).
- Nearly two-thirds of all reincarcerations within three years of release from prison are for technical parole violations.
- Those released inmates who are paroled after failing parole at least once in the past have a recidivism rate of about 12 percentage points higher than those who are released onto parole for the first time.
- PA DOC can save approximately $44.7 million annually by reducing its 1-year reincarceration rate by 10 percentage points.
- PA DOC can save approximately $16.5 million annually by reducing admissions to state prison who are recidivists by 10 percentage points.

# 2013 PA Recidivism Report

**Highlights (Continued):**

- Overall recidivism rates for released inmates who transition through a Community Corrections Center (CCC) have generally declined since 2005.
- In most recent years, the rearrest rates for released offenders who are paroled to a Center are lower than for those who are paroled directly home ("to the street"), whereas reincarceration rates and overall recidivism rates are higher for those who are paroled to a Center compared to those who are paroled directly home ("to the street").
- After accounting for other important differences which may affect whether a released inmate is paroled to a Center versus paroled directly home, those paroled to a Center still demonstrate a higher overall recidivism rate than those paroled directly home (65.7% vs. 61.2% respectively, for the most recent 3-year overall recidivism rates).
- Among those released offenders who survived at least six months in the community without recidivating, those who spent their first 3 to 6 months in a Center had a significantly lower 1-year overall recidivism rate than those who were paroled directly home (15% vs. 18%).

# 2013 PA Recidivism Report

**Figure 1: Pennsylvania's Recidivism Flow**



**Release Types:**

**Parole:** Inmates released from state prison to serve the rest of their sentence on parole.

**Max Out:** Inmates released from state prison after serving their maximum sentence.

**Reincarceration Types:**

**Technical Parole Violation (TPV):** A TPV occurs when a parolee violates a condition of his/her parole that is not necessarily an illegal act (i.e., entering a bar or not reporting to an agent).

**Convicted Parole Violation (CPV):** A CPV occurs when a parolee violates a condition of parole that is also against the law (i.e., using drugs).

**New Court Commitment:** A new court commitment occurs when a released inmate is arrested, convicted in court, and is sentenced to prison for a new criminal charge.

Figure 1 depicts a typical recidivism flow for Pennsylvania's state correctional system.  PA DOC can release inmates through two mechanisms: parole and max out.  Released inmates can return to PA DOC through a technical parole violation (TPV), a convicted parole violation (CPV), or as a new court commitment (see box on the left for the explanations of different release and reincarceration types).

Those who are paroled can return to prison through a TPV, a CPV, or a new court commitment.  A parolee can be rearrested without being reincarcerated, and conversely can be reincarcerated without being rearrested.

Those who are released from prison by maxing out their sentence can only return to prison after they are arrested for a new crime, convicted, and sentenced to prison through a court.  Note that a released inmate who is rearrested is not always reincarcerated.  But if reincarceration in state prison is the given sentence for the arrest, the recidivist will then be reincarcerated with PA DOC and will be paroled or max out again after serving new time.

# 2013 PA RECIDIVISM REPORT

## SECTION 1: RECIDIVISM RATE TRENDS

**FIGURE 2: 2000-2008 3-YEAR RECIDIVISM RATES**



Figure 2 shows a comparison of 3-year recidivism rates for inmates released between 2000 and 2008. Those released from prison who were reincarcerated or rearrested within three years of their release date were included in these measures. The 3-year reincarceration rate peaked at 49.3% in 2005 and declined to 43.0% in 2008. The 3-year rearrest rates have been consistently higher than the reincarceration rates. The 3-year rearrest rate has grown from 47.2 in 2000 to 50.7% in 2008.

The 3-year overall recidivism rate has remained relatively stable over the eight years shown. In the latest year (2008), 70.6% of the overall recidivism measure consisted of rearrest events, while reincarceration events accounted for the other 29.4%.



# 2013 PA RECIDIVISM REPORT

From 2000 to 2008, the rearrest rates for released inmates in Pennsylvania grew slightly. However, according to Table 1, in 2010, the 6-month and 1-year rearrest rates declined (12.3% and 23.7%, respectively).  The 2008 3-year rearrest rate was 50.7%.  The 6-month rearrest rate peaked in 2009 (14.5%), the 1-year rearrest rate peaked in 2007/2008 (25.9%), and the 3-year rearrest rate peaked in 2005 (51.1%).

Figure 3 depicts the 6-month, 1-year, and 3-year rearrest rates for inmates released from Pennsylvania state prisons from 2000 to 2010.  The 3-year rearrest rate has been more than double the 1-year rate in most years.

**TABLE 1: 2000 - 2010 REARREST RATES**

| Year of Release | Rearrest Rates | | |
|---|---|---|---|
| | 6-Month | 1-Year | 3-Year |
| 2000 | 12.4% | 23.0% | 47.2% |
| 2001 | 12.9% | 23.8% | 47.6% |
| 2002 | 12.7% | 23.3% | 48.2% |
| 2003 | 12.0% | 23.0% | 48.4% |
| 2004 | 12.7% | 23.6% | 49.1% |
| 2005 | 13.8% | 25.1% | 51.1% |
| 2006 | 13.2% | 25.1% | 50.6% |
| 2007 | 13.9% | 25.9% | 50.4% |
| 2008 | 14.2% | 25.9% | 50.7% |
| 2009 | 14.5% | 25.4% | N/A |
| 2010 | 12.3% | 23.7% | N/A |

**FIGURE 3: 2000-2010 REARREST RATES**



# 2013 PA RECIDIVISM REPORT

Table 2 shows the reincarceration rates of Pennsylvania inmates released between 2000 and 2010.  The reincarceration rates rose during the first half of the decade and declined slightly in the second half, although, the 6-month (12.0%) and 1-year (22.5%) reincarceration rates in 2010 increased slightly.  The 2008 3-year reincarceration rate was 43.0%, the lowest in the previous eight years.  Given that the 3-year reincarceration rates have generally tracked the 6-month and 1-year reincarceration rates, it is likely that the 3-year reincarceration rate may increase for those released in 2009 and 2010.

The 6-month, 1-year, and 3-year reincarceration rates are depicted in Figure 4.  The reincarceration rates usually doubled from six months to one year.  After one year, the reincarceration rates seemed to slow down, given that the 3-year reincarceration rates typically are not quite double the 1-year rates of the same year.

| TABLE 2: 2000—2010 REINCARCERATION RATES | | | |
|---|---|---|---|
| Year of Release | Reincarceration Rates | | |
| | 6-Month | 1-Year | 3-Year |
| 2000 | 12.5% | 24.0% | 45.9% |
| 2001 | 13.9% | 25.8% | 46.3% |
| 2002 | 13.0% | 24.9% | 45.4% |
| 2003 | 13.7% | 26.1% | 47.1% |
| 2004 | 13.9% | 27.2% | 48.0% |
| 2005 | 16.3% | 29.2% | 49.3% |
| 2006 | 14.6% | 26.3% | 46.0% |
| 2007 | 12.5% | 23.4% | 43.9% |
| 2008 | 11.2% | 22.0% | 43.0% |
| 2009 | 10.7% | 20.1% | N/A |
| 2010 | 12.0% | 22.5% | N/A |

**FIGURE 4: 2000-2010 REINCARCERATION RATES**



# 2013 PA Recidivism Report

According to Figure 5, the overall recidivism rates for inmates released from state prison in Pennsylvania between 2000 and 2010 appear strikingly steady.  In 2010, the 6-month overall recidivism rate declined slightly (20.0%) while the 1-year overall recidivism rate was also slightly down at 35.0%.  The 2008 3-year overall recidivism rate was 62.0%.  The 6-month overall recidivism rate peaked in 2001 (22.6%), the 1-year overall recidivism rate peaked in 2001 and again in 2005 (38.6%), and the 3-year overall recidivism rate peaked in 2005 (64.4%). See Table 3 for the full breakdown of the overall recidivism rates.

Over the ten-year span, approximately 64% of the first recidivism events have been a rearrest while only 36% have been a reincarceration.

### Table 3: 2000 - 2010 Overall Recidivism Rates

| Year of Release | Overall Recidivism Rates | | |
|---|---|---|---|
| | 6-Month | 1-Year | 3-Year |
| 2000 | 21.4% | 37.2% | 63.4% |
| 2001 | 22.6% | 38.6% | 63.1% |
| 2002 | 21.7% | 37.7% | 63.1% |
| 2003 | 21.0% | 37.6% | 63.0% |
| 2004 | 20.7% | 37.5% | 63.8% |
| 2005 | 22.2% | 38.6% | 64.4% |
| 2006 | 20.2% | 36.4% | 62.7% |
| 2007 | 19.9% | 35.8% | 62.2% |
| 2008 | 20.6% | 37.0% | 62.0% |
| 2009 | 20.8% | 35.5% | N/A |
| 2010 | 20.0% | 35.0% | N/A |

### Figure 5: 2000-2010 Overall Recidivism Rates



# 2013 PA RECIDIVISM REPORT

**FIGURE 6: 3-YEAR REINCARCERATION RATES BY TIME TO REINCARCERATION (2008 RELEASES)**



Figure 6 displays the number and proportion of recidivism events among those who are reincarcerated within 3 years from release. The overall declining curve suggests that those who return to prison tend to do so relatively soon after their release. According to Figure 6, over half of the inmates released in 2008 who were reincarcerated within three years were reincarcerated within 12 months of their release. In fact, more than 1,000 inmates were reincarcerated per month during each month, through month 12 after release. Three quarters of the inmates released in 2008 who were reincarcerated within three years were returned to prison in approximately 19 months.



# 2013 PA RECIDIVISM REPORT

## FIGURE 7: 5-YEAR RECIDIVISM RATES IN PENNSYLVANIA (2006 RELEASES)



Figure 7 shows the cumulative recidivism rates for inmates released in 2006, over a five year period of time since release. The reincarceration rates are slightly higher than the rearrest rates in the first year and a half after release. At the second year mark, the rearrest rates surpass and remain higher than the reincarceration rates.

According to Table 4, after the first year period, the reincarceration rate is 26.3%, the rearrest rate is 25.1% and the overall recidivism rate is 36.2% for the inmates released in 2006. After three years, the reincarceration rate is 46.0%, the rearrest rate is 50.7%, and the overall recidivism rate is 62.7%. Slightly more than half of those who recidivated (rearrested or reincarcerated) within three years actually recidivated within the first year. This shows the slowing rate of recidivism as time since release elapses. Finally, the 5-year reincarceration rate is 52.8%, rearrest rate is 60.7%, and the overall recidivism rate is 71.1%. The 5-year recidivism rates increased from the 3-year rates by only a small increment, indicating a further slow-down of recidivism rates as the time since release grows longer. This slow down can be seen in Figure 7 as the slopes of the recidivism lines increasingly flatten over time.

| TABLE 4: 5-YEAR RECIDIVISM RATES | | | |
|---|---|---|---|
| | Reincarceration Rate | Rearrest Rate | Overall Recidivism Rate |
| 1 Year | 26.3% | 25.1% | 36.2% |
| 2 Year | 39.2% | 40.2% | 53.1% |
| 3 Year | 46.0% | 50.7% | 62.7% |
| 4 Year | 50.0% | 57.7% | 68.6% |
| 5 Year | 52.8% | 60.7% | 71.1% |

# 2013 PA RECIDIVISM REPORT

**FIGURE 8: 20-YEAR LONG VIEW OF REINCARCERATION RATES**



Taking a longer view, from 1990 to 2010, reincarceration rates have remained fairly stable in Pennsylvania, ranging from 20% to 29% for inmates reincarcerated within one year, and 41% to 50% for those reincarcerated within three years of their release from state prison (see Figure 8).[1] Both 1-year and 3-year rates had a peak in 1994 and trough in 1996.  After another peak in 2005, reincarceration rates began to decline from 2005 to 2009, reaching a low in 2009 with a 1-year rate of 20.1%.  However, in 2010, the 1-year rate increased by almost 10%, suggesting that an upward trend in reincarceration rates may be occuring, given that the 3-year rates appear to follow the trends of the 1-year rates historically.

**TABLE 5: 20-YEAR LONG VIEW OF REINCARCERATION**

| Year of Release | Inmates Released | Inmates Reincarcerated | | | |
| | | 1-Year | | 3-Year | |
| | | Number | Rate | Number | Rate |
| 1990 | 6,702 | 1,461 | 21.8% | 2,788 | 41.6% |
| 1992 | 8,057 | 2,023 | 25.1% | 3,766 | 46.7% |
| 1994 | 8,523 | 2,360 | 27.7% | 4,306 | 50.5% |
| 1996 | 7,049 | 1,493 | 21.2% | 2,939 | 41.7% |
| 1998 | 8,927 | 2,048 | 22.9% | 3,807 | 42.6% |
| 2000 | 10,934 | 2,628 | 24.0% | 5,015 | 45.9% |
| 2002 | 11,030 | 2,744 | 24.9% | 5,012 | 45.4% |
| 2004 | 13,913 | 3,780 | 27.2% | 6,680 | 48.0% |
| 2006 | 13,762 | 3,625 | 26.3% | 6,328 | 46.0% |
| 2008 | 13,814 | 3,042 | 22.0% | 5,944 | 43.0% |
| 2010 | 16,764 | 3,767 | 22.5% | N/A | N/A |

# 2013 PA RECIDIVISM REPORT

## SECTION 2: RECIDIVISM RATES BY GEOGRAPHIC AREAS

Table 6 shows the ten counties with the highest 3-year rearrest rates. The county designation represents where the released inmate was originally convicted before commitment to state prison. Between 2006 and 2008, the average statewide 3-year rearrest rate was 50.7%. The counties with the larger populations such as Philadelphia, Allegheny, Dauphin, Delaware, and Montgomery have some of the highest rearrest rates, and drive up the 3-year rearrest rate for Pennsylvania as a whole. In fact, the median 3-year rearrest rate for Pennsylvania counties was only 43%. The overall median rearrest rate can be used as a benchmark to compare counties in Pennsylvania (see Figure 9 for the 3-year rearrest rates for all 67 Pennsylvania counties).

| Table 6: Top 10 Counties with Highest Rearrest Rates | | | |
|---|---|---|---|
| County | 2006-2008 Releases | 3–Year Rearrests | |
| | | Number | Rate |
| Philadelphia | 10,394 | 6,249 | 60.1% |
| Carbon | 61 | 36 | 59.0% |
| Dauphin | 1,739 | 1,005 | 57.8% |
| Blair | 349 | 196 | 56.2% |
| Montgomery | 1,211 | 648 | 53.5% |
| Allegheny | 2,826 | 1,482 | 52.4% |
| Delaware | 1,363 | 701 | 51.4% |
| Perry | 67 | 34 | 50.7% |
| York | 1,297 | 641 | 49.4% |
| Beaver | 276 | 135 | 48.9% |

### FIGURE 9: 3-YEAR REARREST RATES BY COUNTY IN PENNSYLVANIA



# 2013 PA Recidivism Report

Table 7 shows the ten counties with the highest 3-year reincarceration rates. Similar to Table 6, the county designation represents the county where the released inmate was originally convicted before commitment to state prison. The average statewide 3-year reincarceration rate in Pennsylvania between 2006 and 2008 was 43%. The median reincarceration rate for all counties was 41%. In contrast to the rearrest rates, which tended to show higher rates for more populous counties, the counties with the highest reincarceration rates are mostly rural and relatively less populous. Figure 10 shows the 3-year reincarceration rates of all 67 Pennsylvania counties.

### Table 7: Top 10 Counties with Highest Reincarceration Rates

| County | 2006-2008 Releases | 3–Year Reincarcerations | |
|---|---|---|---|
| | | Number | Rate |
| Montour | 30 | 16 | 53.3% |
| Clinton | 79 | 42 | 53.2% |
| Lackawanna | 809 | 421 | 52.0% |
| Bedford | 80 | 41 | 51.3% |
| Lycoming | 578 | 281 | 48.6% |
| Union | 103 | 50 | 48.5% |
| Huntingdon | 52 | 25 | 48.1% |
| Dauphin | 1,748 | 827 | 47.3% |
| Franklin | 450 | 210 | 46.7% |
| Lehigh | 958 | 444 | 46.3% |

### Figure 10: 3-Year Reincarceration Rates by County in Pennsylvania



# 2013 PA RECIDIVISM REPORT

Table 8 shows the ten counties with the highest 3-year overall recidivism rates. The statewide average overall recidivism rate for Pennsylvania between 2006 and 2008 is 62%, while the median overall recidivism rate of Pennsylvania's 67 counties is 54%. This discrepancy between the statewide recidivism rates and the median county rate suggests that more populous counties, such as Dauphin, Philadelphia, and Allegheny tend to have higher overall recidivism rates which drive up the statewide rate. Figure 11 shows the 3-year overall recidivism rates for all 67 counties.

**TABLE 8: TOP 10 COUNTIES WITH HIGHEST OVERALL RECIDIVISM RATE**

| County | 2006-2008 Releases | 3–Year Overall Recidivism | |
|---|---|---|---|
| | | Number | Rate |
| Dauphin | 1,739 | 1,171 | 67.3% |
| Philadelphia | 10,394 | 6,811 | 65.5% |
| Allegheny | 2,826 | 1,748 | 61.9% |
| Montgomery | 1,211 | 747 | 61.7% |
| Blair | 349 | 215 | 61.6% |
| Cambria | 205 | 125 | 61.0% |
| Lycoming | 607 | 369 | 60.8% |
| Lackawanna | 896 | 543 | 60.6% |
| York | 1,297 | 780 | 60.1% |
| Huntingdon | 55 | 33 | 60.0% |

**FIGURE 11: 3-YEAR OVERALL RECIDIVISM RATES BY COUNTY IN PENNSYLVANIA**



# 2013 PA RECIDIVISM REPORT

Table 9 shows the 3-year rearrest rates by Pennsylvania metropolitan area[2] for inmates released in 2006 to 2008.  Consistent with the rearrest rates by county, the Philadelphia metropolitan area had the highest 3-year rearrest rate of the 2006-2008 released inmates.  The Harrisburg-Carlisle metropolitan area rate was second.  Rounding out the top five metropolitan areas with the highest rearrest rates are Altoona, York-Hanover, and Pittsburgh.  The top five metropolitan areas contain large Pennsylvania cities.

Table 10 shows that Williamsport had the highest 3-year reincarceration rate for the 2006-2008 released inmates.  Scranton-Wilkes-Barre, Harrisburg-Carlisle, York-Hanover, and Allentown are also included in the five highest metropolitan areas according to their 3-year reincarceration rates.  As shown on the previous map of incarceration rates by county, these less populous metropolitan areas tend to have higher reincarceration rates.

| TABLE 9: 3-YEAR REARREST RATES BY METROPOLITAN AREAS | | | |
|---|---|---|---|
| **Metropolitan Area** | **2006-2008 Releases** | **3-Year Rearrests** | |
| | | **Number** | **Rate** |
| Philadelphia | 14,398 | 8,248 | 57.3% |
| Harrisburg-Carlisle | 2,059 | 1,159 | 56.3% |
| Altoona | 349 | 196 | 56.2% |
| York-Hanover | 1,297 | 641 | 49.4% |
| Pittsburgh | 4,916 | 2,408 | 49.0% |
| Williamsport | 607 | 295 | 48.6% |
| Allentown | 1,806 | 852 | 47.2% |
| Lancaster | 856 | 389 | 45.4% |
| Scranton-Wilkes Barre | 1,658 | 737 | 44.5% |
| Johnstown | 205 | 88 | 42.9% |
| Reading | 1,667 | 701 | 42.1% |
| Erie | 1,424 | 573 | 40.2% |
| Lebanon | 419 | 168 | 40.1% |
| State College | 158 | 60 | 38.0% |

| TABLE 10: 3-YEAR REINCARCERATION RATES BY METROPOLITAN AREAS | | | |
|---|---|---|---|
| **Metropolitan Area** | **2006-2008 Releases** | **3-Year Reincarcerations** | |
| | | **Number** | **Rate** |
| Williamsport | 578 | 281 | 48.6% |
| Scranton-Wilkes Barre | 1,517 | 721 | 47.5% |
| Harrisburg-Carlisle | 2070 | 945 | 45.7% |
| York-Hanover | 1,278 | 577 | 45.1% |
| Allentown | 1,755 | 776 | 44.2% |
| Johnstown | 194 | 82 | 42.3% |
| Lebanon | 400 | 169 | 42.3% |
| Pittsburgh | 4808 | 2026 | 42.1% |
| Altoona | 339 | 141 | 41.6% |
| Philadelphia | 14084 | 5791 | 41.1% |
| Reading | 1,629 | 669 | 41.1% |
| Erie | 1,357 | 546 | 40.2% |
| Lancaster | 868 | 335 | 38.6% |
| State College | 159 | 49 | 30.8% |

# 2013 PA RECIDIVISM REPORT

| Metropolitan Area | 2006-2008 Releases | 3-Year Overall Recidivism | |
|---|---|---|---|
| | | Number | Rate |
| Harrisburg-Carlisle | 2,059 | 1,344 | 65.3% |
| Philadelphia | 14,398 | 9,082 | 63.1% |
| Altoona | 349 | 215 | 61.6% |
| Johnstown | 205 | 125 | 61.0% |
| Williamsport | 607 | 369 | 60.8% |
| York-Hanover | 1,297 | 780 | 60.1% |
| Pittsburgh | 4,916 | 2,912 | 59.2% |
| Scranton-Wilkes Barre | 1,658 | 962 | 58.0% |
| Allentown | 1,806 | 1,037 | 57.4% |
| Lancaster | 856 | 457 | 53.4% |
| Reading | 1,667 | 865 | 51.9% |
| Lebanon | 419 | 212 | 50.6% |
| Erie | 1,424 | 715 | 50.2% |
| State College | 158 | 66 | 41.8% |

**TABLE 11: 3-YEAR OVERALL RECIDIVISM RATE BY METROPOLITAN AREA**

Table 11 shows the 3-year overall recidivism rates of the 2006-2008 releases ranked by metropolitan areas.  The Harrisburg-Carlisle metropolitan area had the highest average 3-year overall recidivism rate based on inmates released between 2006 and 2008, followed by Philadelphia, Altoona, Johnstown, and Williamsport.



# 2013 PA Recidivism Report

# Section 3: Recidivism Rates By Demographics

| Figure 12: 3-Year Recidivism Rates by Gender | Figure 13: 3-Year Recidivism Rates by Race/Ethnicity |
|---|---|





Figure 12 shows 3-year recidivism rates by gender, suggesting that men are at a higher risk of being both rearrested and reincarcerated within three years of their release from Pennsylvania state prison when compared to women.

Figure 13 shows 3-year recidivism rates broken down by race/ethnicity[3], suggesting that Blacks report the highest rates of rearrest rates and overall recidivism, followed by Hispanics, and non-Hispanic Whites[4].  On the other hand, reincarceration rates by race are much more similar.



# 2013 PA RECIDIVISM REPORT

### FIGURE 14: 3-YEAR REARREST RATES BY AGE GROUP



### FIGURE 16: 3-YEAR OVERALL RECIDIVISM RATES BY AGE GROUP



### FIGURE 15: 3-YEAR REINCARCERATION RATES BY AGE GROUP



The 3-year reincarceration rates of inmates released in 2008 show a similar declining reincarceration rate pattern with age, according to Figure 15.

The 3-year overall recidivism rates by age group follow the same declining pattern as with the rearrest and reincarceration rates, according to Figure 16.

These age group findings suggest that age has a strong negative correlation with recidivism.  In other words, the older an inmate is at the time of his/ her release, the less likely he/she is to recidivate.

Figure 14 shows the 3-year rearrest rates by age at time of release, suggesting that younger age groups[5] are at the highest risk for recidivating.  A 21 year old released inmate's risk of being rearrested is almost 25 percentage points higher than an over 50 year old inmate.

# 2013 PA Recidivism Report

| FIGURE 17: 3-YEAR OVERALL RECIDIVISM RATES BY PRIOR ARRESTS | FIGURE 18: 3-YEAR OVERALL RECIDIVISM RATES BY PRIOR INCARCERATIONS |
|---|---|





NOTE: The number of priors does not include the current arrest.

NOTE: The number of priors does not include the current incarceration.

Prior criminal history appears to also be highly associated with whether an inmate will continue to commit crimes after being released from state prison. Figures 17 and 18 show the overall recidivism rates of inmates released in 2008 by the number of prior arrests or incarcerations[6], respectively.  As depicted, the general trend is that the risk of recidivating increases with higher numbers of priors.

According to Figure 17, the risk of recidivating within three years, by either rearrests or reincarcerations, increases as the number of prior arrests increases.

Figure 18 depicts a large jump in the 3-year overall recidivism rate between inmates released from Pennsylvania state prison for the first time (zero prior incarcerations) and those released inmates who had been incarcerated before (more than one prior incarcerations).  After an inmate is released from Pennsylvania state prison with at least one prior, he/she is more than 80% likely to be rearrested or reincarcerated within three years of release.



# 2013 PA RECIDIVISM REPORT

## SECTION 4:  RECIDIVISM RATES BY CRIME TYPES

Table 12 depicts the 3-year recidivism rates for inmates released in 2008, by the type of crime committed that led to their original incarceration in a Pennsylvania state prison.  It is important to note that inmates who recidivated were not necessarily rearrested or reincarcerated for the same crime as the original commitment crime.

The 3-year rearrest, reincarceration, and overall recidivism rates for Part I crime are 48.6%, 44.1%, and 62.6%, respectively.

The Part I offenses with higher 3-year rearrest and reincarceration rates were: Robbery, Aggravated Assault, Burglary, and Theft/Larceny.  The Part I offenses that had higher 3-year overall recidivism rates were: Robbery, Burglary, and Theft/Larceny.

The 3-year rearrest rate for Part II crime is 48.5%, very close to the 3-year rearrest rate for Part I crime.  The 3-year reincarceration rate for Part II crime is 39.6%, which is 4.5 percentage points below the  3-year reincarceration rate for Part I crime. The Part II 3-year overall recidivism rate is 58.1%, which is 4.5 percentage points lower than the overall recidivism rate for Part I crimes.  The Part II offenses that had higher 3-year rearrest rates were: Other Assault, Stolen Property, Forgery, Drug Offenses, Weapons, and Prison Breach.  The Part II offenses that had higher 3-year reincarceration rates were: Stolen Property, Forgery, Drug Offenses, Weapons, Prison Breach, and Part II Other.  The Part II offenses that had higher 3-year overall recidivism rates were: Other Assault, Fraud, Stolen Property, Forgery, Other Sexual Offenses, Weapons, Prison Breach, and Kidnapping.

Table 13 depicts the 3-year recidivism rates by aggregate crime categories for inmates released in 2008.  Property crimes had the highest 3-year recidivism rates for all three measures of recidivism.



# 2013 PA RECIDIVISM REPORT

| TABLE 12: 3-YEAR RECIDIVISM RATES BY COMMITMENT CRIME TYPE FOR 2008 RELEASES | | | | | | |
|---|---|---|---|---|---|---|
| | 3-Year Rearrests | | 3-Year Reincarcerations | | 3-Year Overall Recidivism | |
| Offense Category | Number | Rate | Number | Rate | Number | Rate |
| *Part I* | | | | | | |
| Murder/ Manslaughter | 144 | 33.0% | 145 | 33.3% | 227 | 52.1% |
| Forcible Rape | 78 | 25.8% | 71 | 23.5% | 149 | 49.3% |
| Robbery | 881 | 52.8% | 806 | 48.4% | 1050 | 63.0% |
| Aggravated Assault | 567 | 48.8% | 516 | 44.4% | 700 | 60.2% |
| Burglary | 504 | 52.6% | 457 | 47.7% | 695 | 72.5% |
| Theft/Larceny | 526 | 53.7% | 449 | 45.9% | 639 | 65.3% |
| Arson | 17 | 21.3% | 21 | 26.3% | 37 | 46.3% |
| *Total: Part I* | **2,717** | **48.6%** | **2,465** | **44.1%** | **3,497** | **62.6%** |
| **Part II** | | | | | | |
| Other Assault | 103 | 51.8% | 59 | 29.6% | 123 | 61.8% |
| Fraud | 20 | 47.6% | 15 | 35.7% | 38 | 90.5% |
| Stolen Property | 148 | 63.0% | 116 | 49.4% | 187 | 79.6% |
| Forgery | 100 | 49.5% | 85 | 42.1% | 131 | 64.9% |
| Statutory Rape | 5 | 41.7% | 3 | 25.0% | 6 | 50.0% |
| Other Sexual Offenses | 120 | 31.8% | 99 | 26.3% | 227 | 60.2% |
| Drug Offenses | 2,143 | 50.6% | 1,695 | 40.0% | 2,427 | 57.3% |
| Weapons | 279 | 60.0% | 206 | 44.3% | 333 | 71.6% |
| DUI | 184 | 27.6% | 169 | 25.4% | 256 | 38.4% |
| Prison Breach | 126 | 62.4% | 103 | 51.0% | 144 | 71.3% |
| Kidnapping | 16 | 39.0% | 16 | 39.0% | 30 | 73.2% |
| Part II Other | 670 | 48.4% | 625 | 45.2% | 783 | 56.6% |
| *Total: Part II* | **3,914** | **48.5%** | **3,191** | **39.6%** | **4,685** | **58.1%** |
| **Grand Total** | **6,631** | **48.6%** | **5,656** | **41.4%** | **8,182** | **59.9%** |

NOTE: The total 3-year reincarceration, rearrest, and overall recidivism rates do not match the 3-year rates presented at the beginning of the report due to missing offense category data. Also, rearrest totals are missing 30 of the original incarceration offenses.

| TABLE 13: 3-YEAR RECIDIVISM RATES BY AGGREGATE CRIME CATEGORY FOR 2008 RELEASES | | | |
|---|---|---|---|
| Crime Category | Rearrest Rate | Reincarceration Rate | Overall Recidivism Rate |
| Violent | 45.6% | 40.9% | 59.9% |
| Property | 52.7% | 45.8% | 69.2% |
| Drugs | 50.6% | 40.0% | 57.3% |
| Public Order/Other | 46.3% | 40.6% | 55.8% |

# 2013 PA Recidivism Report

**Table 14: Breakdown of 3-Year Rearrests by Rearrest Crime Type for 2008 Releases**

| Offense Category | Rearrests | % of Total |
|---|---|---|
| *Part I* | | |
| Murder/ Manslaughter | 84 | 1.3% |
| Forcible Rape | 40 | 0.6% |
| Robbery | 281 | 4.2% |
| Aggravated Assault | 287 | 4.3% |
| Burglary | 278 | 4.2% |
| Theft/Larceny | 804 | 12.1% |
| Arson | 5 | 0.1% |
| *Total: Part I* | **1,779** | **26.7%** |
| *Part II* | | |
| Other Assault | 230 | 3.5% |
| Fraud | 107 | 1.6% |
| Stolen Property | 290 | 4.4% |
| Forgery | 8 | 0.1% |
| Statutory Rape | 0 | 0.0% |
| Other Sexual Offenses | 165 | 2.5% |
| Drug Offenses | 1,931 | 29.0% |
| Weapons | 299 | 4.5% |
| DUI | 585 | 8.8% |
| Prison Breach | 166 | 2.5% |
| Kidnapping | 6 | 0.1% |
| Part II Other | 1,095 | 16.4% |
| *Total: Part II* | **4,882** | **73.3%** |
| **Grand Total** | **6,661** | **100.0%** |

Table 14 displays the crime type of the most serious rearrest charge for inmates released in 2008 who were rearrested within three years.  Part I crimes accounted for 26.7% of the rearrests within 3 years of release.  Almost half of the crimes that released inmates were rearrested for were in the theft/larceny category.  Other common Part I crimes that released inmates were arrested for were: Aggravated Assault, Burglary, and Robbery.  Part II crimes accounted for the other 73.3% of the crimes for which released inmates were rearrested for within three years of their 2008 release from a Pennsylvania state prison.  Four out of 10 of the Part II rearrests were drug offenses.  Other significant Part II offenses that released inmates were rearrested for were DUIs and a variety of other minor offenses (i.e., "Part II Other").

**Figure 19: 3-Year Rearrest Rates as a Percent of Total Rearrests**



Figure 19 depicts the percentage breakdown of rearrest into aggregate crime categories: violent, property, drugs, and public order/other[8].  The highest percentage of rearrests occurred for Public Order/ Other (32.3%), followed by Drug offenses (29.0%), Property crimes (22.4%), and Violent crimes (16.3%).  As mentioned previously, the types of crime that a released inmate was rearrested for is not necessarily the same type of crime that he/she was originally incarcerated for.

# 2013 PA RECIDIVISM REPORT

## SECTION 5: RECIDIVISM RATES BY CRIME TYPE SPECIALIZATION

| Crime Type for Original Commitment | Rearrest Crime Type | | | | |
|---|---|---|---|---|---|
| | *Violent* | *Property* | *Drugs* | *Public Order/ Other* | *No Rearrest* |
| Violent | **13.1%** | 9.0% | 10.4% | 12.7% | 54.8% |
| Property | 7.1% | **24.7%** | 9.0% | 11.9% | 47.3% |
| Drugs | 7.3% | 8.0% | **22.4%** | 12.8% | 49.4% |
| Public Order/Other | 7.7% | 11.2% | 12.3% | **16.8%** | 52.1% |

TABLE 15: 3-YEAR REARREST BY COMMITMENT AND REARREST CRIME TYPES (2008 RELEASES)

In this report, crime type specialization is defined as the propensity for released inmates to be rearrested for a crime type that is the same as the crime type for the original commitment. Table 15 displays the combination of commitment crime types (the rows) and the percentage of different rearrest crime types (including the possibility of no rearrest within three years). This allows us to examine what proportion of those who were initially committed for each of the four crime categories were rearrested for the same crime category, or for a different category. The values in the diagonals of the table (highlighted in yellow) represent the proportion recidivating for the same crime type as their commitment offense (i.e., specialists). The values in the off-diagonals represent the proportion committing different crime types than their commitment offense (i.e., non-specialists).

According to Table 15, some degree of specialization seems to exist among the inmates released in 2008. The tendency of specialization is particularly stronger for property and drug crimes. Released inmates who were originally incarcerated for property crimes returned to property crimes at a 24.7% rearrest rate, while rearrests for violent (7.1%), drugs (9.0%), and public order/other (11.9%) crimes were at lower rates. Released inmates who were incarcerated for drug crimes returned to drug crimes at a 22.4% rate, while violent (7.3%), property (8.0%), and public order/other (12.8%) crimes were at significantly lower rates.

Specialization is less evident in violent and public order crimes. Those who were originally incarcerated for violent crimes were rearrested for a violent crime 13.1% of the time, a slightly higher rate than the rates for public order/other (12.7%), drugs (10.4%), and property (9.0%). Finally, inmates originally incarcerated for public order/other crimes returned to public order/other rearrests at 16.8%, which is higher than the rates for drugs (12.3%), property (11.2%), and violent (7.7%). Overall, this specialization pattern of property and drug offenders tend to have higher propensity to repeat similar crimes is consistent with what has been found in national recidivism studies. In general, released inmates tend to generalize rather than specialize in their recidivism crime types.

# 2013 PA RECIDIVISM REPORT

## SECTION 6: RECIDIVISM RATES BY TYPE OF RELEASE

**TABLE 16: 3-YEAR RECIDIVISM RATES BY TYPE OF RELEASE FOR 2008 RELEASES**

| Type of Release | Reincarceration Rate | Rearrest Rate |
|---|---|---|
| Parole | 50.5% | 47.1% |
| Max Out | 20.4% | 62.0% |

**TABLE 17: 3-YEAR RECIDIVISM RATES BY TYPE OF PAROLE RELEASE FOR 2008 RELEASES**

| Type of Parole | Reincarceration Rate | Rearrest Rate |
|---|---|---|
| Initial Parole | 46.9% | 43.7% |
| Reparole | 58.6% | 55.1% |

**TABLE 18: 3-YEAR BREAKDOWN OF REINCARCERATION BY TYPE OF RETURN FOR 2008 PAROLE RELEASES**

| Type of Return | % of Total Returns |
|---|---|
| Technical Parole Violator | 61.5% |
| Convicted Parole Violator | 33.4% |
| New Court Commitment | 5.0% |

NOTE: Does not include 2008 Releases who maxed out their sentences. All Max Out releases should return as new court commits in the event that they return to prison.

For an in-depth description of the recidivism flow in the Pennsylvania state correctional system, refer to Figure 1 on page 6. According to Table 16, 50.5% of the inmates released on parole in 2008 were reincarcerated within three years, while only 20.4% of the released inmates who maxed out in 2008 were reincarcerated within three years. The higher reincarceration rate for paroled inmates is likely due to violating the conditions of their parole, since prisoners who max-out are not subject to such conditions. Of the inmates released in 2008 who were paroled, 47.1% were rearrested within three years while 62.0% of those who maxed out were rearrested within three years.

According to Table 17, 46.9% of the inmates paroled in 2008 for the first time (initial parole) were reincarcerated within three years of their release, while 59.8% of the inmates paroled in 2008 for the second or more time (reparole) were reincarcerated within three years of their release. Of those paroled in 2008, 43.7% paroled for the first time were rearrested within three years, while 55.1% of those paroled for the second or more time were rearrested within three years.

Of the parolees who were reincarcerated within three years of their 2008 release date, 61.5% were returned as TPVs (see Table 18). Another 33.4% of reincarcerated parolees were returned as CPVs. The remaining 5.0% were reincarcerated through the court system as a new court commitment.

# 2013 PA Recidivism Report

# SECTION 7: Recidivism as a Fraction of Total Arrests

| Table 19: 2010 Pennsylvania Crime Types by Released Offenders | | | | |
|---|---|---|---|---|
| | **Violent** | **Property** | **Drugs** | **TOTAL** |
| Arrests of Released Inmates in 2010 | 2,506 | 4,661 | 5,087 | 12,254 |
| Total Arrests in 2010[9] | 20,275 | 48,739 | 51,443 | 120,457 |
| **% of Arrests Attributable to Released Inmates** | **12.4%** | **9.6%** | **9.9%** | **10.2%** |

Table 19 depicts the most serious crimes per arrest by released inmates in Pennsylvania as a percentage of the total Part I[10] arrests in Pennsylvania in 2010. Inmates released from a Pennsylvania state prison between 2000 and 2010 were included in this analysis.

In Table 19, the 2010 crimes committed by released inmates are broken down into Violent (12.4%), Property (9.6%), and Drugs (9.9%) categories. These three crime categories were used to produce an average of 10.2%, the best estimate for the *total serious crime* in a year attributable to released inmates in Pennsylvania. The serious crimes included in the Violent category were murder, manslaughter, forcible rape, robbery, and aggravated assault. The serious crimes included in the Property category were burglary, larceny/theft, motor vehicle theft, and arson. All drug offenses were included in the Drugs category.

Table 20 shows the arrest rates of inmates released from a Pennsylvania state prison between 2000 and 2010 as a ratio of the arrest rates for the general civilian population at risk for arrest in the time frame. For example, the violent crime arrest rate for released inmates in 2010 was 2,905 per 100,000 released inmates.

Conversely, the violent crime arrest rate for the general population in Pennsylvania was 205 per 100,000 individuals in 2010. These rates indicate that released inmates were 14 times more likely to be arrested for a violent crime in Pennsylvania in 2010 than individuals in the general population. Following this logic, inmates released from a Pennsylvania prison between 2000 and 2010 were 11 times more likely to be arrested for property and drug crimes in 2010. Overall, inmates released from a Pennsylvania state prison between 2000 and 2010 were 12 times more likely to be arrested for a crime in 2010 than the general population.

Overall comparisons are misleading though. Inmates released in 2000 were far less likely to be arrested in 2010 than inmates released in 2009. In fact, inmates released in 2000 were only three times more likely to be arrested in 2010 than the general population. Conversely, inmates released in 2009 were 17 times more likely to be arrested in 2010 than the general population (18 times more likely for violent crimes, 16 times for property crimes, and 17 times for drug crimes). This suggests that recidivism is mostly attributable to recently released inmates, and the longer that released inmates remain arrest free, the less likely that they are to be rearrested.

| Table 20: 2010 Pennsylvania Crime Types by Released Offenders As a Ratio of General Population[11] | | | | |
|---|---|---|---|---|
| | **Violent** | **Property** | **Drugs** | **TOTAL** |
| Arrest Rate for Released Inmates in 2010 | 2,905 | 5,403 | 5,896 | 14,203 |
| Arrest Rate for General Population in 2010 | 205 | 492 | 519 | 1,216 |
| **Ratio (Released Inmate/General Public)** | **14-to-1** | **11-to-1** | **11-to-1** | **12-to-1** |

# 2013 PA RECIDIVISM REPORT

## SECTION 8: COST OF RECIDIVISM

### TABLE 21: COST SAVINGS BY REDUCTION IN 1-YEAR REINCARCERATION RATE

| 1-Year Reincarceration Rate | Annual Bed Days | Annual Cost Savings (in millions) |
|---|---|---|
| Reduced by 1 Percentage Points | 48,768 | $0.8 |
| Reduced by 5 Percentage Points | 234,930 | $15.0 |
| Reduced by 10 Percentage Points | 475,035 | $44.7 |

### FIGURE 20: PERCENT OF ADMISSIONS IN PA DOC ATTRIBUTABLE TO RECIDIVISTS



First Time Admissions 50.4%

Repeat Admissions 49.6%

### TABLE 22: COST SAVINGS BY REDUCTION IN ADMISSIONS OF PREVIOUSLY RELEASED INMATES

| Admissions of Released Inmates | Annual Bed Days | Annual Cost Savings (in millions) |
|---|---|---|
| Reduced by 1 Percentage Points | 25,024 | $0.4 |
| Reduced by 5 Percentage Points | 126,626 | $3.9 |
| Reduced by 10 Percentage Points | 257,573 | $16.5 |

Table 21 shows the estimated annual cost savings by reducing the 1-year reincarceration rate by one, five, and 10 percentage points. The cost savings were calculated by taking the released inmates who were reincarcerated in 2010, from the 2009 and 2010 releases, and reducing their numbers to attain a reincarceration rate of one, five, and 10 percentage points lower. Based on a 10 percentage point reduction in the 1-yr recidivism rate, the PA DOC would save approximately 475,035 bed-days, or approximately $44.7 million annual cost savings.

Further, a second calculation was performed to estimate the annual cost savings that the PA DOC could achieve by reducing the number of admissions of inmates who had been previously released from a Pennsylvania state prison (i.e., repeat offenders, or recidivists). This is another useful way of looking at population reduction and cost savings from recidivism reduction. As depicted in Figure 20, approximately 49.6% of the total annual state prison admissions in 2010 were offenders who had previously served time in a Pennsylvania state prison. Just slightly more than half (50.4%) of the admissions in 2010 were first time inmates.

Recidivists who are admitted to state prison take up approximately 1.3 million bed-days in a given year, at a cost of $121.2 million per year. If the percentage of DOC admissions who had at least one prior state prison admission was reduced by 10 percentage points (39.6% of admissions rather than 49.6%), this reduction in annual recidivist admissions would result in an annual bed-day reduction of approximately 257,573 beds, or an annual cost savings of $16.5 million.

# 2013 PA RECIDIVISM REPORT

## SECTION 9: COMMUNITY CORRECTIONS RECIDIVISM

| TABLE 23: REARREST RATES BY PAROLE RELEASE TYPE | | | | | | |
|---|---|---|---|---|---|---|
| **Release Year** | **6-Month Rearrests** | | **1-Year Rearrests** | | **3-Year Rearrests** | |
| | **Parole to Street** | **Parole to Center** | **Parole to Street** | **Parole to Center** | **Parole to Street** | **Parole to Center** |
| 2005-06 Releases | 12.0% | 11.7% | 23.2% | 25.4% | 49.2% | 52.5% |
| 2008-09 Releases | 12.2% | 10.0% | 23.4% | 21.8% | 48.1% | 47.1% |
| 2010-11 Releases | 11.8% | 8.9% | 21.1% | 17.7% | N/A | N/A |

**FIGURE 21: 1-YEAR REARREST RATES BY PAROLE RELEASE TYPE**



**Community Corrections Centers** (CCCs), also known as halfway houses, provide a transitional process by allowing residents monitored contact with jobs and reentry services. The CCCs house inmates granted parole by the Pennsylvania Board of Probation and Parole. The PA DOC also contracts with private vendors (CCFs) to provide specialized treatment and transitional supervision services, many in the area of substance abuse programming.

According to Figure 21, the 1-year rearrest rates of releases who were paroled directly home (i.e., "to the street") were lower than for those paroled to a Community Corrections Center (CCC) in 2005 and 2006. From 2008 to 2011, the 1-year rearrest rates were higher for those paroled to the street.

Table 23 shows that the 1-year rearrest rates of those paroled to a CCC have declined over time. The 1-year rearrest rate of 2005-06 releases paroled to a CCC was 25.4%, while the 1-year rearrest rate was 17.7% for the 2010-11 releases. This trend did not hold for those paroled to the street, whose 1-year rearrest rates held steady and then declined for the 2010-11 releases.

# 2013 PA Recidivism Report

| Table 24: Reincarceration Rates by Parole Release Type | | | | | | |
|---|---|---|---|---|---|---|
| **Release Year** | **6-Month Reincarcerations** | | **1-Year Reincarcerations** | | **3-Year Reincarcerations** | |
| | **Parole to Street** | **Parole to Center** | **Parole to Street** | **Parole to Center** | **Parole to Street** | **Parole to Center** |
| 2005-06 Releases | 11.8% | 18.1% | 26.3% | 36.0% | 47.5% | 58.7% |
| 2008-09 Releases | 9.3% | 16.1% | 22.1% | 32.0% | 44.0% | 53.3% |
| 2010-11 Releases | 9.8% | 19.3% | 22.5% | 33.5% | N/A | N/A |

**Figure 22: 1-Year Reincarceration Rates by Parole Release Type**



According to Figure 22, the 1-year reincarceration rates of releases from 2005 to 2011 for those who were paroled to the street were consistently lower than for hose paroled to a CCC.

Also, the 1-year reincarceration rates seemed to be declining over time, despite a slight increase for the most recent releases. The 1-year reincarceration rate of 2005-06 releases who were paroled to a CCC was 36.0%, whereas the 1-year reincarceration rate dropped to 33.5% for the 2010-11 releases to a CCC. Mirroring this trend, the 1-year reincarceration rate of 2005-06 releases paroled to the street was 26.3%, whereas the 1-year rate dropped to 22.5% for the

2010-11 releases. Table 24 shows the 6-month and 3-year reincarceration rates for the same release years. In each case, the reincarceration rates are higher for those paroled to a CCC than for those paroled to the street.

# 2013 PA Recidivism Report

| Table 25: Overall Recidivism Rates By Parole Release Type | | | | | | |
|---|---|---|---|---|---|---|
| Release Year | 6-Month Overall Recidivism | | 1-Year Overall Recidivism | | 3-Year Overall Recidivism | |
| | Parole to Street | Parole to Center | Parole to Street | Parole to Center | Parole to Street | Parole to Center |
| 2005-06 Releases | 18.6% | 22.8% | 35.5% | 42.6% | 61.5% | 68.6% |
| 2008-09 Releases | 17.4% | 22.1% | 33.8% | 41.6% | 59.7% | 66.7% |
| 2010-11 Releases | 18.1% | 24.0% | 32.7% | 40.5% | N/A | N/A |

**Figure 23: 1-Year Overall Recidivism Rates By Parole Release Type**



According to Figure 23, the 1-year overall recidivism rates of releases from 2005 to 2011 who were paroled to the street were consistently lower than for those who were paroled to a CCC.

Also, the overall recidivism rates seem to be decline over time.  The 1-year overall recidivism rate for 2005-06 releases to a CCC was 42.6%.  For 2010-11 releases to a CCC, the 1-year overall recidivism rate decreased to 40.5%.  Mirroring this trend, the 1-year overall recidivism rate for 2005-06 releases to the street was 35.5%, but for 2010-11 releases to the street the 1-year rate dropped to 32.7%.  Table 25 also shows the 6-month and 3-year overall recidivism rates for the same release groups.  In each case, the overall recidivism rates have been higher for those paroled to a CCC than for those paroled to the street.

# 2013 PA Recidivism Report

The descriptive comparison of recidivism rates by parole release type in the previous pages is informative, but the observed differences in the recidivism rates may not represent statistically significant differences and may be due to chance variation or the influence of factors that vary between those who are paroled to the street and those who are paroled to a center which are not yet accounted for. Table 26 shows the overall recidivism rates by parole release type while controlling for various important predictors of recidivism such as age, race, prior criminal history, and risk score (LSI-R)[12]. The differences in modeled recidivism rates by parole release type essentially mirror the descriptive differences in Table 25. Across the various release years (2005-2006, 2008-2009, 2010-2011), the recidivism rates of those who are paroled to a center are about 5 percentage points higher than the rates of those who are paroled to the street, despite the differences being narrower than the descriptive differences in Table 25 as a result of statistically accounting for the other factors mentioned above (e.g., age, race, prior criminal history, etc.).

| Table 26: Modeled Overall Recidivism Rates by Parole Release Type | | | | | | |
|---|---|---|---|---|---|---|
| Release Year | 6-Month Overall Recidivism | | 1-Year Overall Recidivism | | 3-Year Overall Recidivism | |
| | Parole to Street | Parole to Center | Parole to Street | Parole to Center | Parole to Street | Parole to Center |
| 2005-06 Releases | 17.0% | 20.2% | 34.1% | 39.5% | 63.2% | 67.9% |
| 2008-09 Releases | 16.4% | 19.7% | 33.1% | 38.8% | 61.2% | 65.7% |
| 2010-11 Releases | 17.6% | 22.6% | 32.3% | 38.1% | N/A | N/A |



Pittsburgh CCC

# 2013 PA Recidivism Report

The higher recidivism rates of those who are paroled to a center do not necessarily indicate that the parolee's chance of recidivating increases as a result of being sent to a center. It could indicate that close monitoring provided by the centers (and to some degree Parole staff) help detect violating behaviors of parolees (criminal or otherwise) that would remain undetected if parolees did not live in centers. If this is true and centers essentially better detect violating behaviors and remove high-risk parolees from centers through arrests and reincarcerations, then we might expect that those parolees who are discharged from centers without recidivism have lower recidivism rates. Also, those who are successfully discharged from a center may benefit from the programs and treatments they receive while at the center. In order to examine this possibility further, we compared the recidivism rates of those who were discharged from a center and stayed recidivism-free for at least six months after their release from prison with those who were paroled to the street and stayed recidivism-free for at least 6 months.

The results in Table 27 show that among those who remained recidivism-free for at least six months, there was no statistically significant difference in overall recidivism rates between parolees who were assigned to a center and discharged successfully and parolees who were paroled to the street, both at one year after their release from prison (19.0% vs. 18.0% respectively) and three years after their release from prison (53.0% vs. 52.0% respectively).[13] We also looked at whether the length of stay at a center matters to the recidivism rates of parolees who were discharged from a center and stayed recidivism-free for at least six months. Again, the recidivism rates of those who

were assigned to a center were statistically no higher than the rates of those who were paroled to the street, but those who stayed at a center for three to six months actually had statistically lower recidivism rates than those paroled to the street. The fact that a longer stay at a center is associated with lower recidivism rates than the rates of those paroled to the street is consistent with the possibility that centers efficiently detect and help sanction violations and remove high-risk parolees so that those who are successfully discharged from a center consist of relatively low-risk parolees. Regardless of the explanation, we were able to substantiate in this analysis at least one comparison where those who were paroled to a center had a lower recidivism rate than those who were paroled directly to the street.

### Table 27: Modeled Overall Recidivism Rates by Six Month Survival Time

| Parole Type | Overall Recidivism Rates | |
|---|---|---|
| | 1-Year | 3-Year |
| Parole To Center | 19.0% | 53.0% |
| < 1 Month | 17.0% | 60.0% |
| 1 to <3 Months | 19.0% | 54.0% |
| 3 to <6 Months | 15.0%* | 50.0% |
| Parole To Street | 18.0% | 52.0% |

NOTE: Parole To Center 3 to <6 Months 1-Year Overall Recidivism rate is significantly different from Parole To Street at p < .05

# 2013 PA Recidivism Report

**Figure 24: 1-Year Overall Recidivism Rate Percentage point Difference Compared to Parole To Street**



Figure 24 shows the overall recidivism rates for all the individual Community Corrections Centers (CCCs) and contracted facilities (CCFs) with more than 10 parolees, in comparison to the recidivism rate of those who are paroled to the street. By setting the recidivism rate of the "parole to the street" group at zero, the recidivism rates for the centers are shown as the percentage points higher or lower than the recidivism rates of parole to the street, ordered from lowest to highest. Reflecting the overall patterns in Table 25, only about a quarter of the centers have lower recidivism rates than those paroled to the street, and the majority of centers have much higher recidivism rates than those paroled to the street.

# 2013 PA RECIDIVISM REPORT

The next three tables and figures (tables 28-30, figures 25-27) show the recidivism rates for some of the major contractors of community corrections facilities in Pennsylvania, along with the recidivism rate of state-run community corrections centers. The recidivism rates are displayed by the type of recidivism measure (rearrest, reincarceration, overall recidivism), by the release year (2005-2006, 2008-2009, 2010-2011), and by the length of follow-up period (6 months, 1 year, 2 years). Aside from several contractors and the state-run centers showing lower rearrest rates than those parole to the street across different release years and follow-up times, the contract facilities and the state-run centers almost always show higher overall recidivism rates.

There are several ways to display comparisons between contractors and state-run centers in terms of recidivism rates. One way is to look at the rank order of contractors and state-run centers by recidivism rates across different recidivism measures. For the 3-year follow-up, Gateway and Minsec facilities tend to have the highest recidivism rates for rearrest, reincarceration, and overall recidivism based on the 2008-09 releases, as shown in figures 25-27.

Interestingly, CEC is one of the contractors with the highest 3-year rearrest rates, but had the lowest reincarceration rate among contractors and state-run centers, although still higher than those who were paroled to the street. Firetree and Renewal consistently demonstrated fairly low recidivism rates across recidivism measures, according to figures 25-27. Another way to evaluate comparisons between contractors and state-run centers in terms of recidivism is to look at the relative change of recidivism rates over time (across release years). For the 6-month and 1-year overall recidivism rates, Gateway demonstrated the largest increase in recidivism over time, whereas Renewal demonstrated the largest decrease in recidivism over time. Firetree also demonstrated a large increase in overall recidivism over time, at least for the 1-year rate. Kintock showed highly fluctuating rates, with a large drop from 2005-06 to 2008-09, but then an increase from 2008-09 to 2010-11. Yet another way to assess comparisons in recidivism rates is to examine rates across the three follow-up periods (6-months, 1-year, and 3-year). Gateway and the state run centers are both again among the top highest overall recidivism rates across the three different follow-up periods.



Johnstown CCC

# 2013 PA RECIDIVISM REPORT

| Vendor (# of Centers) | 2005-06 Release Cohort | | | 2008-09 Release Cohort | | | 2010-11 Release Cohort | | |
|---|---|---|---|---|---|---|---|---|---|
| | 6-Month | 1-Year | 3-Year | 6-Month | 1-Year | 3-Year | 6-Month | 1-Year | 3-Year |
| CEC (4) | 14.8% | 31.5% | 54.9% | 12.4% | 21.6% | 51.6% | 9.0% | 19.1% | N/A |
| Firetree (4) | 6.5% | 15.2% | 47.8% | 9.8% | 19.7% | 39.3% | 9.2% | 16.9% | N/A |
| Gaudenzia (9) | 6.7% | 13.5% | 50.0% | 9.2% | 20.2% | 46.8% | 6.6% | 11.6% | N/A |
| Gateway (4) | 7.1% | 19.0% | 38.1% | 9.1% | 25.8% | 51.5% | 10.3% | 21.8% | N/A |
| Kintock (2) | 14.9% | 31.0% | 63.2% | 9.6% | 22.8% | 47.1% | 13.3% | 26.7% | N/A |
| Minsec (7) | 15.2% | 30.3% | 59.3% | 10.8% | 22.9% | 50.7% | 6.4% | 12.3% | N/A |
| Renewal (2) | 3.4% | 24.1% | 48.3% | 3.6% | 16.4% | 29.1% | 2.8% | 9.7% | N/A |
| | | | | | | | | | |
| Parole To Street | 12.0% | 23.2% | 49.2% | 12.2% | 23.4% | 48.1% | 11.8% | 21.1% | N/A |
| Parole To CCC | 9.2% | 24.6% | 48.6% | 10.4% | 20.4% | 42.5% | 13.2% | 23.9% | N/A |
| Parole To CCF | 12.1% | 25.5% | 53.2% | 9.8% | 22.1% | 48.1% | 8.3% | 16.8% | N/A |

**TABLE 28: REARREST RATES BY VENDOR**

**FIGURE 25: 3-YEAR REARREST RATE PERCENTAGE POINT DIFFERENCE COMPARED TO PAROLE TO THE STREET (2008-2009 RELEASES)**



# 2013 PA RECIDIVISM REPORT

### TABLE 29: REINCARCERATION RATES BY VENDOR

| Vendor (# of Centers) | 2005-06 Release Cohort | | | 2008-09 Release Cohort | | | 2010-11 Release Cohort | | |
|---|---|---|---|---|---|---|---|---|---|
| | 6-Month | 1-Year | 3-Year | 6-Month | 1-Year | 3-Year | 6-Month | 1-Year | 3-Year |
| CEC (4) | 17.3% | 40.7% | 61.7% | 16.0% | 33.2% | 51.6% | 21.1% | 36.0% | N/A |
| Firetree (4) | 15.2% | 27.2% | 56.5% | 19.7% | 24.6% | 55.7% | 13.8% | 38.5% | N/A |
| Gaudenzia (9) | 17.3% | 33.7% | 52.9% | 12.8% | 37.6% | 56.0% | 17.2% | 26.8% | N/A |
| Gateway (4) | 19.0% | 35.7% | 54.8% | 18.2% | 36.4% | 56.1% | 27.6% | 54.0% | N/A |
| Kintock (2) | 21.8% | 47.1% | 69.0% | 14.0% | 27.2% | 52.9% | 16.7% | 36.7% | N/A |
| Minsec (7) | 17.2% | 35.2% | 57.2% | 17.9% | 33.2% | 56.5% | 22.8% | 34.2% | N/A |
| Renewal (2) | 27.6% | 48.3% | 72.4% | 12.7% | 30.9% | 54.5% | 16.7% | 34.7% | N/A |
| | | | | | | | | | |
| Parole To Street | 11.8% | 26.3% | 47.5% | 9.3% | 22.1% | 44.0% | 9.8% | 22.5% | N/A |
| Parole To CCC | 26.1% | 40.1% | 62.0% | 20.4% | 34.6% | 53.3% | 17.6% | 30.2% | N/A |
| Parole To CCF | 16.7% | 35.3% | 58.1% | 15.1% | 31.4% | 53.2% | 19.5% | 34.0% | N/A |

### FIGURE 26: 3-YEAR REINCARCERATION RATE PERCENTAGE POINT DIFFERENCE COMPARED TO PAROLE TO the STREET (2008-2009 RELEASES)



# 2013 PA RECIDIVISM REPORT

| Vendor (# of Centers) | 2005-06 Releases | | | 2008-09 Releases | | | 2010-11 Releases | | |
|---|---|---|---|---|---|---|---|---|---|
| | 6-Month | 1-Year | 3-Year | 6-Month | 1-Year | 3-Year | 6-Month | 1-Year | 3-Year |
| **CEC (4)** | 22.2% | 45.1% | 71.0% | 24.0% | 41.2% | 67.2% | 24.4% | 42.1% | N/A |
| **Firetree (4)** | 18.5% | 31.5% | 64.1% | 26.2% | 39.3% | 60.7% | 18.5% | 43.1% | N/A |
| **Gaudenzia (9)** | 18.3% | 36.5% | 65.4% | 18.3% | 43.1% | 65.1% | 22.2% | 33.3% | N/A |
| **Gateway (4)** | 26.2% | 45.2% | 64.3% | 21.2% | 43.9% | 71.2% | 32.2% | 59.8% | N/A |
| **Kintock (2)** | 25.3% | 48.3% | 78.2% | 19.1% | 37.5% | 65.4% | 21.7% | 41.7% | N/A |
| **Minsec (7)** | 22.8% | 42.1% | 69.7% | 23.8% | 41.3% | 70.0% | 24.7% | 38.8% | N/A |
| **Renewal (2)** | 31.0% | 62.1% | 75.9% | 14.5% | 41.8% | 63.6% | 18.1% | 40.3% | N/A |
| | | | | | | | | | |
| **Parole To Street** | 18.6% | 35.5% | 61.5% | 17.4% | 33.8% | 59.7% | 18.1% | 32.7% | N/A |
| **Parole To CCC** | 30.3% | 47.9% | 70.4% | 27.9% | 45.4% | 67.5% | 27.3% | 42.0% | N/A |
| **Parole To CCF** | 21.5% | 41.6% | 68.3% | 20.8% | 40.7% | 66.5% | 23.5% | 40.3% | N/A |

**TABLE 30: OVERALL RECIDIVISM RATES BY VENDOR**

**FIGURE 27: 3-Year OVERALL RECIDIVISM RATE PERCENTAGE POINT DIFFERENCE COMPARED TO PAROLE TO THE STREET (2008-2009 RELEASES)**



# 2013 PA RECIDIVISM REPORT

## Appendix A—Technical Definition of Recidivism/Data Sources

**Definition of Recidivism**

The PA DOC identifies a recidivist as an inmate who, after release from prison, commits a new offense or violates parole, resulting in an arrest, an incarceration, or both.   It is important to note that this report only captures recidivism events that occurred in Pennsylvania, and does not include recidivism events that may have occurred in another state.  The recidivism rate for rearrests, reincarcerations, and overall recidivism is calculated using:

$$Recidivism\ Rate\ (t, y) = \frac{\text{\# of released inmates who recidivated within time period } t}{\text{\# of total releases in calendar year } y}$$

where *t* is length of recidivism follow-up time and *y* is the release year.

The PA DOC has generally defined its benchmark recidivism follow-up period as three years after prison release. This follow-up period is generally recognized as an optimal follow-up period for capturing recidivism as a stable and reliable measure. In addition to three-year rates, this report also examines six-month and one-year rates, as well as at least one comparison of five-year rates.

In order to provide maximum insight into recidivism of inmates released from the PA DOC, data on arrests have been collected in addition to standard reincarceration data. Arrest data was used to calculate rearrest rates for released inmates. Many recidivism studies use multiple measures of recidivism, including rearrest and reincarceration rates.

Recidivism rates for Community Corrections Centers (CCCs) and Contract Facilities (CCFs) were only calculated for those who were paroled from prison to a Center.  This report did not examine recidivism rates for Center residents who were in a Center for a technical parole violation (e.g., "halfway back" cases and TPV Center cases).  Recidivism rates for pre-release offenders in Centers were not included either.  To maximize comparability between those paroled to a Center and those paroled "to the street", this report further only examined the sub-set of parole release cases who received a "parole to an approved home plan" Parole Board action, some who transitioned through a Center (i.e., the "Parole to Center" group) and others who were paroled directly home (i,e, the "Parole to Street" group).  We think this is an important methodological improvement over previous attempts to evaluate recidivism rates for Pennsylvania's CCCs and CCFs.

**Data Sources: Releases and Reincarceration Data**

Reincarceration data for this report was extracted from PA DOC internal databases by the Bureau of Planning, Research and Statistics. The data used represents released inmates by release year.  Demographic information (e.g., age, sex, race) and commitment data (e.g., primary offense type) was collected from release records. Only inmates released permanently were included- that is, the releases included all inmates whose incarceration sentence had been satisfied. This includes some inmates whose sentence involves a period of post-prison supervision.

**Data Sources: Rearrest Data**

The Pennsylvania State Police (PSP) provided arrest data for this report. The PSP receives arrest reports from local police agencies within the state. Since arrest reports from local agencies are not mandated by law, this data may underreport actual arrests of released inmates. Computerized criminal history files drawn from this statewide database were used to provide arrest data to the PA DOC.

# 2013 PA RECIDIVISM REPORT

## Appendix B—End Notes

1. Rearrest and Overall Recidivism rates were not available for the 20-year time period
2. Metropolitan Areas as defined by the PA Department of Labor (www.paworkstats.state.pa.us).
   Allentown : Carbon, Lehigh, Northampton
   Altoona: Blair
   Erie: Erie
   Harrisburg-Carlisle: Cumberland, Dauphin, Perry
   Johnstown: Cambria
   Lancaster: Lancaster
   Lebanon: Lebanon
   Philadelphia: Philadelphia, Delaware, Chester, Bucks, Montgomery
   Pittsburgh: Allegheny, Armstrong, Beaver, Butler, Fayette, Washington, Westmoreland
   Reading: Berks
   Scranton-Wilkes-Barre: Lackawanna, Luzerne, Wyoming
   State College: Centre
   Williamsport: Lycoming
   York-Hanover: York
3. Race/ethnicity categories are measured as mutually exclusive, according to the inmate's response upon entry into state prison.
4. Other race/ethnicity categories are not used in this report because they make up less than 1% of the releases in any given year.
5. Age groups are determined based on equal sizes of the inmates released in 2008.
6. The number of prior arrests and incarcerations were determined based on equal groupings of the inmates released in 2008.
7. Risk score based on the LSI-R assessment given upon entry into state prison.  The **LSI-R™** assessment is a quantitative survey of offender attributes and offender situations relevant for assessing criminal risk of re-offending, and making decisions about levels of supervision and treatment. The instrument's applications include assisting in the allocation of resources, helping to make probation and placement decisions, making appropriate security level classifications, and assessing treatment progress. The 54 LSI–R items include relevant factors for making decisions about risk level and treatment.
8. Breakdown of Broad Crime Categories:
   - Violent—Murder/Manslaughter, Forcible Rape, Robbery, Aggravated Assault, Other Assault, Statutory Rape, Other Sexual Offenses, Kidnapping
   - Property—Burglary, Theft/Larceny, Arson, Fraud, Stolen Property, Forgery
   - Drugs—Drug Offenses
   - Public Order/Other—Weapons, DUI, Prison Breach, Part II Other
9. Arrests according to 2010 Pennsylvania State Uniform Crime Report (PA State Police, 2012).
10. Part I crimes were only included in this analysis because some Part II crime, such as simple assaults, may not be fully reported to the Pennsylvania State Police.
11. Rates in Table 20 are per 100,000 population in Pennsylvania.
12. The complete set of controlled predictors consists of age at release, race, marital status, count of prior institutional misconducts, count of prior incarcerations, LSI-R score, violent commitment offense indicator committing county, sex offender indicator, status of completing prescribed institutional treatment, and time served in prison. The controlled predictors are set at their mean values.
13. The follow-up time of 1 year and 3 years includes the 6 months of recidivism-free time assumed for this analysis.