```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL BINDERUP,                    )
                                    ) Civil Action
            Plaintiff               ) No. 13-cv-06750
                                    )
      vs.                           )
                                    )
ERIC H. HOLDERS, JR.,               )
   Attorney General of the          )
   United States; and               )
B. TODD JONES,                      )
   Director of the Bureau of        )
   Alcohol, Tobacco, Firearms       )
   and Explosives,                  )
                                    )
            Defendants              )
```

## ARGUMENT SCHEDULING ORDER

NOW, this 22nd day of April, 2014,

IT IS ORDERED that oral argument is scheduled before Judge James Knoll Gardner on Monday, June 16, 2014, at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, on Defendants' Motion to Dismiss or for Summary Judgment filed February 20, 2014, and Plaintiff's Motion for Summary Judgment filed March 10, 2014.

IT IS FURTHER ORDERED that not later than seven days before the argument date each party shall submit to Judge

Gardner[1] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.[2]

IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances. Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party. Continuance requests shall be submitted at least ten days prior to the argument on a form approved by Judge Gardner.

BY THE COURT:


/s/ Cheryl E. Sinclair
Cheryl E. Sinclair
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone: (610) 434-3457

---

[1] The memoranda may be forwarded to Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; or by fax at (610) 434-3459.

[2] Ordinarily each party shall have 20 minutes to present oral argument unless more time is allotted, or less time is directed, by Judge Gardner. There will be no rebuttal argument unless Judge Gardner requests it.