IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL BINDERUP,                  )
                                  ) Civil Action
          Plaintiff               ) No. 13-cv-06750
                                  )
     vs.                          )
                                  )
ERIC H. HOLDER, JR.,              )
  Attorney General of the         )
  United States; and              )
B. TODD JONES,                    )
  Director of the Bureau of       )
  Alcohol, Tobacco, Firearms      )
  and Explosives,                 )
                                  )
          Defendants              )

                        *    *    *

APPEARANCES:

     ALAN GURA, ESQUIRE
     DOUGLAS T. GOULD, ESQUIRE
          On Behalf of Plaintiff

     DANIEL RIESS, ESQUIRE
          On Behalf of Defendants

                        *    *    *

**RULE 16 STATUS CONFERENCE ORDER**

    NOW, this 21st day of April, 2014, after status conference conducted by telephone with the undersigned on this date, pursuant to Rule 16 of the Federal Rules of Civil Procedure, and by agreement of counsel,

    IT IS ORDERED that oral argument on Defendants' Motion to Dismiss or for Summary Judgment filed February 20, 2013, and Plaintiff's Motion for Summary Judgment filed March 10, 2013,

shall be held before the undersigned on June 16, 2014 at 9:30 o'clock a.m. in Courtroom B of the Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania.[1]

                                            BY THE COURT:

                                            /s/ JAMES KNOLL GARDNER
                                            James Knoll Gardner
                                            United States District Judge

---

[1] During the April 21, 2014 telephone status conference, Attorney Gura, on behalf of plaintiff, and Attorney Reiss, on behalf of defendants, confirmed that they did not wish, or intend, to conduct any discovery at this time.  As I advised counsel, in the event the within motions are not case-dispositive and a trial in this case is necessary, discovery may be permitted but a second round of summary judgment motions will not.  Accordingly, this Order does not establish a trial date or other pretrial deadlines.  A second telephone status conference will be scheduled if, contrary to the parties' expectations, the within motions are not case-dispositive.