IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Jennifer Fitzko | Jennifer Fitzko |
|---|---|
| Court Recorder | Deputy Clerk |

| | |
|---|---|
| DANIEL BINDERUP | ALAN GURA, ESQ. |
|  | DOUGLAS T. GOULD, ESQ. |
| Plaintiff | |
| vs. | NO: 13-CV-06750 |
| ERIC H. HOLDER, JR. and | DANIEL REISS, ESQ. |
| B. TODD JONES | LESLEY FARBY, ESQ. |
| Defendants | |

## MINUTE SHEET

BEFORE JUDGE **James Knoll Gardner**   DATE **6/16/14**   TIME **10:08 A.M.**

### ARGUMENT

Re: **Defendants' Motion to Dismiss or For Summary Judgment (Doc.11)**
Re: **Plaintiff's Motion for Summary Judgment (Doc.13)**

Atty. Reiss argues on behalf of defendant.
Atty. Gura argues motion on behalf of plaintiff.
Court deliberates.
Court takes the matter under advisement.

FILED
JUN 1 6 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Court adjourned at **12:13 P.M.**   To reconvene _____

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.
    SPEEDY TRIAL ACT DELAY CODE( )    [ ] The Court deems this case "UNTRIABLE"
Civ. 16 (8/80)

TOTAL TIME IN COURT: **2 HOURS / 5 MINUTES**