# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| Daniel Binderup | ) |
| v. | ) Case No.: 5:13-CV-06750-JKG |
| Eric H. Holder, Jr., et al | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  9/25/2014  against  the Defendants ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................ | $ 400.0 |
| Fees for service of summons and subpoena .......................................... | 14.80 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ............................................. | |
| Fees for witnesses *(itemize on page two)* ........................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................................. | |
| Docket fees under 28 U.S.C. 1923 ............................................... | |
| Costs as shown on Mandate of Court of Appeals ..................................... | |
| Compensation of court-appointed experts ......................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ................................................... | |
| TOTAL | $ 414.80    0.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service        ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:

Name of Attorney: Douglas T. Gould, Esq.

For: Daniel Binderup                                                                       Date: 10/8/14

*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*              *Deputy Clerk*              *Date*

## View Check Images

Back

Hello Douglas with Law Offices of Douglas T Gould PC - You last logged in at 05:06 PM
EDJ on 10/08/2014.

```
The Law Offices of Douglas T. Gould P.C.         1713
925 Glenbrook Avenue  FLR 1
Bryn Mawr, PA 19010              13   6750
610-520-6181                                     60-848-319
                                        DATE 11/21/13

PAY
TO THE   Clerk - U.S.D.C.                        $ 400.00
ORDER OF
         Four Hundred Dollars                 No
                                                 100s   DOLLARS

FOR Filing - Binder up Complaint         [signature]

⑆001713⑆  ⑈031908485⑈  ⑉988 3460⑊
```

FRB CLEVELAND

0410-3603-3

US Treas DG - OTCNET

11/21/2013

[Deposit stamp: MICHAELE KUNZ, United States District Court, Eastern District of Pennsylvania]

Print this page

Back