IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL BINDERUP, | ) | Case. No. 5:13-CV-6750-JKG |
| Plaintiff, | ) | |
| v. | ) | |
| ERIC H. HOLDER, JR., et al., | ) | |
| Defendants. | ) | |

NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE that the Plaintiff, Daniel Binderup, hereby appeals to the United States Court of Appeals for the Third Circuit from this Honorable Court's Opinion and Order entered September 25, 2014 [Dkt. Nos. 27, 28].

Dated: November 21, 2014                     Respectfully submitted,

By: /s/ Alan Gura                            By: /s/ Douglas Gould
   Alan Gura*                                   Douglas Gould (PA Bar No. 78357)
   Gura & Possessky, PLLC                       Law Offices of Douglas T. Gould, P.C.
   105 Oronoco Street, Suite 305                925 Glenbrook Avenue
   Alexandria, VA 22314                         Bryn Mawr, PA 19010
   703.835.9085/Fax 703.997.7665                610.520.6181/Fax 610.520.6182
   alan@gurapossessky.com                       dgould@gouldlawpa.com

   *Admitted pro hac vice                       Attorneys for Plaintiff

1

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2014, I caused the foregoing documents to be served via e-mail and via electronic case filing, as follows:

DANIEL RIESS
LESLEY FARBY
Trial Attorneys
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
       Leslie.Farby@usdoj.gov


ANNETTA FOSTER GIVHAN
Assistant United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106
(215) 861-8319
Email: Annetta.givhan@usdoj.gov


/s/ Alan Gura
Alan Gura