# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Daniel Binderup

                                              13-cv-6750
                                              District Court Docket Number

    vs.

Eric H. Holder, Jr., Et. Al.

Notice of Appeal Filed 11/21/14
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal _____ Paid _X_ Not Paid _____ Seaman
    Docket Fee         _____ Paid _X_ Not Paid _____ USA/VI

CJA Appointment (Attach Copy of Order)

_____ Private Attorney
_____ Defender Association or Federal Public Defender
_____ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_____ Motion Granted
_____ Motion Denied
_____ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____ Granted
_____ Denied
_____ Pending

Defendant's Address (for criminal appeals)


Prepared by: <u>S/ Frank Del Campo</u>
Frank Del Campo
Deputy Clerk/Signature/Date


PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm